IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 2:21-cv-14349-KMM

| | |
|---|---|
| **JILLIAN RICARD**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**ROB GRAHAM ENTERPRISES, LLC, d/b/a 100 INSURE,**<br><br>    Defendant. | **CLASS ACTION** |

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their undersigned counsel, hereby give notice that they have reached a settlement with respect to the claims in this matter.

Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated: February 25, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Ignacio J Hiraldo*<br>Ignacio J. Hiraldo, Esq.<br>IJH Law<br>Fl. Bar No. 56031<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>7864964469<br>Email: ijhiraldo@ijhlaw.com<br><br>*Counsel for Plaintiff* | By: */s/ Jamey R. Campellone*<br>LAWREN A. ZANN<br>Fla. Bar No. 42997<br>Email: lawren.zann@gmlaw.com<br>Email: gabby.manger@gmlaw.com<br>JAMEY R. CAMPELLONE<br>Fla. Bar No. 119861<br>Email: jamey.campellone@gmlaw.com<br>Email: gabby.manger@gmlaw.com<br>**GREENSPOON MARDER LLP**<br>200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, Florida 33301 |

|  | Tel: (954) 527-6296<br>Fax: (954) 333-4027<br><br>*Attorneys for Defendant, Rob Graham Enterprises, LLC d/b/a 100 Insure* |