**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 2:21-cv-14349-KMM

| | |
|---|---|
| **JILLIAN RICARD**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**ROB GRAHAM ENTERPRISES, LLC, d/b/a 100 INSURE,**<br><br>        Defendant. | **CLASS ACTION** |

## JOINT STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, Jillian Ricard, and Defendant, Rob Graham Enterprises, LLC, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff's individual claims against Defendant and without prejudice of the putative class claims against Defendant.

Each party shall bear its own respective costs and attorneys' fees.

Dated: March 10, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Ignacio J Hiraldo*<br>Ignacio J. Hiraldo, Esq.<br>IJH Law<br>Fl. Bar No. 56031<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>7864964469<br>Email: ijhiraldo@ijhlaw.com<br><br>*Counsel for Plaintiff* | By: */s/ Jamey R. Campellone*<br>LAWREN A. ZANN<br>Fla. Bar No. 42997<br>Email: lawren.zann@gmlaw.com<br>Email: gabby.manger@gmlaw.com<br>JAMEY R. CAMPELLONE<br>Fla. Bar No. 119861<br>Email: jamey.campellone@gmlaw.com<br>Email: gabby.manger@gmlaw.com<br>**GREENSPOON MARDER LLP** |

|  | 200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 527-6296<br>Fax: (954) 333-4027<br><br>*Attorneys for Defendant, Rob Graham Enterprises, LLC d/b/a 100 Insure* |
|---|---|